# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | |
|---|---|
| RAFAEL LOERA SOLIS,<br><br>*Petitioner*,<br><br>v.<br><br>KRISTI NOEM, SECRETARY OF HOMELAND SECURITY; PAMELA BONDI, U.S. ATTORNEY GENERAL; TODD LYONS, ACTING DIRECTOR OF IMMIGRATION AND CUSTOMS ENFORCEMENT; MARCOS CHARLES, ACTING DIRECTOR OF ENFORCEMENT AND REMOVAL OPERATIONS; AND WARDEN OF ERO EL PASO CAMP EAST MONTANA DETENTION FACILITY,<br><br>*Respondents*. | No. 3:26-CV-00010-LS |

## ORDER DISMISSING CASE

Upon consideration of the parties' Joint Stipulation of Dismissal,[1] the Court dismisses this action without prejudice.

**SO ORDERED**.

**SIGNED** and **ENTERED** on March 3, 2026.

**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**

---

[1] ECF No. 12.